UNIVERSAL STEEL EXPORT CO., INC., Respondent, *v.* N. & G. TAYLOR COMPANY, INCORPORATED, Appellant.

*Contract — sale — action to recover for failure to deliver goods — defense of failure of proof of readiness to pay or of tender of purchase price.*

*Universal Steel Export Co., Inc.,* v. *Taylor Co., Inc.,* 208 App. Div. 308, affirmed.

(Argued December 2, 1924; decided December 16, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 28, 1924, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was to recover for the alleged failure of defendant to deliver certain merchandise purchased by the plaintiff. It was alleged that the tin plate which the defendant agreed to sell and the plaintiff agreed to buy was to be delivered within a reasonable time, that more than a reasonable time for delivery had elapsed and that the plaintiff had been at all times ready, able and willing to receive and pay for the boxes of tin plate specified in the orders, but that defendant had neglected and refused to deliver them. Appellant contended that there was no proof of readiness, ability or willingness to pay nor of any tender of the purchase price.

*Samuel H. Ordway* and *Nelson S. Spencer* for appellant.

*John A. Bolles, Max A. Geller* and *Jacob Grumet* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J., and McLAUGHLIN, J.